IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICK PAYNE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D14-1153

DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

Opinion filed November 7, 2014.

Petition for Writ of Certiorari – original jurisdiction.

Rick Payne, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Office of the Attorney General, Tallahassee, Jennifer Parker, General Counsel, and Beverly Brewster, Assistant General Counsel, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

DENIED.

PADOVANO, MARSTILLER, and OSTERHAUS, JJ., CONCUR.